IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
MAR -8 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH LEON THOMAS JR.,<br><br>Defendant. | Case No. CR 23-034 RAW |

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151, & 1153]

On or about May 31, 2022, within the Eastern District of Oklahoma, in Indian Country, the defendant, **KENNETH LEON THOMAS JR.**, an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill M.W., in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

*/s/*
Jordan Howanitz, TN BA#035622
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY