OKED 442 (Rev. 09/15)

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

RECEIVED
MAR 8 2023
U.S. Marshals
Eastern Oklahoma

United States of America )
v. )
)
) Case No. CR-23-34-RAW
)
KENNETH LEON THOMAS, JR., )
*Defendant* )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **KENNETH LEON THOMAS, JR.**, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Murder in Indian Country

DATE: 03/08/2023
Muskogee, Oklahoma

FILED
MAR 16 2023
BONNIE HACKLER
Clerk, U.S. District Court
By: _____ Deputy Clerk

*WARRANT ISSUED:*
BONNIE HACKLER, Clerk

By: _____
*Deputy Clerk*

**Return**

This warrant was received on (date) 3/8/23, and the person was arrested on (date) 3/13/23
at (city and state) McAlester, OK.

Date: 3/16/23

_____
*Arresting officer's signature*
Jared Helms, DUSM
*Printed name and title*