# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.: CR-23-34-RAW |
| Plaintiff, | ) | |
| v. | ) | Date: 03/20/2023 |
| | ) | |
| KENNETH LEON THOMAS, JR., | ) | Time: 10:40 a.m. – 10:47 a.m. |
| Defendant. | ) | |

## MINUTE SHEET – VIDEO CONFEENCE ARRAIGNMENT

Gerald L. Jackson, U.S. Magistrate Judge    P. Bruce, Deputy Clerk    FTR Courtroom: 4 - Room 420

Counsel for Plaintiff:    Jordan Howanitz, AUSA

Counsel for Defendant:    Brian Deer, AFPD

☒ Defendant gives consent to proceed by video conference

☒ Fin. Afd / Deft orally requested counsel    Objections ☐ yes  ☒ no    ☒ Court appointed counsel
☐ Interpreter: _____ ; ☐ sworn

Defendant appears via video: ☒ with Counsel; ☐ Counsel waived; ☐ w/o Counsel;
☒ Defendant acknowledged receipt of Indictment and has had an opportunity to discuss it with counsel
☒ Defendant advised of constitutional rights, charges, possible penalties
☒ Defendant waived formal reading of Indictment
☒ Defendant entered not guilty plea as to Count 1 of the Indictment

☒ **Jury Trial set May 2, 2023, at 9:00 a.m., before District Judge Ronald A. White**
☒ Court advised defendant will have 14 days to file motions and Government will have 7 days to respond
☐ Joint Status Report and Notices due within 7 days

**Discovery**:
☒ Court inquired of counsel as to the status of discovery production pursuant to Local Criminal Rule 16.1(A) requiring the Government to provide discovery to defendant contemporaneously with the arraignment.
    ☐ Government has complied    ☒ Government has not complied
    Parties ☐ do ☒ do not foresee any problems which the Court should anticipate.
☒ Court reminds Government of their discovery obligations pursuant to the Due Process Protections Act

**Detention / Bond:**
☐ Defendant allowed to post bond in the amount of _____
☒ Government filed a Motion for Detention
☐ Defendant orally requested detention hearing
☐ Detention hearing set
☒ Defendant present on writ and reserves as to issue of detention at this time
☐ Defendant agreed issue of bond is moot
☒ Defendant to remain in custody and was remanded to the custody of USMS

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: PB