IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 23-CR-034-KS |
| ) | |
| v. ) | |
| ) | |
| KENNETH LEON THOMAS, JR., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF INTENT TO CHANGE PLEA

COMES NOW Defendant Kenneth Leon Thomas, Jr., by and through his counsel, Brian J. Deer, Assistant Federal Public Defender, hereby advises the Court of Mr. Thomas' intent to plead guilty to Count One of an Information. There is a plea agreement between the Mr. Thomas and the Government.

Respectfully submitted this 13th day of April, 2023.

                                                 OFFICE OF THE FEDERAL PUBLIC DEFENDER
                                                 Scott A. Graham, Interim Federal Public Defender

                                      By:     s/ *Brian J. Deer*
                                                  Brian J. Deer, OBA #34390
                                                  Assistant Federal Public Defender
                                                  112 North Seventh Street
                                                  Muskogee, Oklahoma 74401
                                                  Telephone: (918) 581-7565
                                                  E-mail: brian_deer@fd.org
                                                  *Counsel for Kenneth Leon Thomas, Jr.*

1

**CERTIFICATE OF SERVICE**

I certify that on the 13th day April, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

Jordan Howanitz,
Assistant United States Attorney

<u>*s/ Brian J. Deer*</u><br>
Brian J. Deer<br>
Assistant Federal Public Defender