# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA,**

*Plaintiff,*

v.

**KENNETH LEON THOMAS JR.,**

*Defendant.*

Case No. CR-23-034-RAW

## INFORMATION

The United States Attorney charges:

### COUNT ONE

### MURDER IN INDIAN COUNTRY – SECOND DEGREE
### [18 U.S.C. §§ 1111(a), 1151 & 1153]

On or about May 31, 2022, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **KENNETH LEON THOMAS JR.**, an Indian, with malice aforethought, did unlawfully kill, M.W., in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

CHRISTOPHER J. WILSON
United States Attorney

s/ Jordan W. Howanitz
JORDAN W. HOWANITZ, TNBA #035622
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Phone: (918) 684-5100
Jordan.Howanitz@usdoj.gov