

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

APR 19 2023

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

United States of America )
v. ) Case No. CR-23-034-KS
)
KENNETH LEON THOMAS, JR. )
*Defendant* )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4-17-23

*Defendant's signature*

*Signature of defendant's attorney*

*Judge's signature*

U.S. Magistrate Judge Gerald L. Jackson